UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:18-CR-12 |
| | § | |
| MALIK ESTEVAN BERLANGA | § | |

# O R D E R

Pending before the Court is the Defendant's Unopposed Motion For Continuance of Trial and Request For a New Docket Control Order (Dkt. 13). In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendant's motion for continuance is **GRANTED**. A period of excludable delay shall commence from today, **August 29,**

**2018**, pursuant to 18 U.S.C. § 3161, and continue until **January 14, 2019**. It is further ORDERED that the scheduling order is amended as follows:

**December 7, 2018**    All MOTIONS will be filed no later than this date.

**December 21, 2018**    RESPONSES to motions will be filed no later than this date.

**January4, 2019**    PRETRIAL CONFERENCE
**at 9:30 AM**

**January 14, 2019**    JURY TRIAL.
**at 9:00 AM**

SIGNED at Galveston, Texas, this 29th day of August, 2018.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge